1  CONTE C. CICALA, State Bar No. 173554
   *conte.cicala@clydeco.us*
2  JEANINE S. TEDE, State Bar No. 177731
   *jeanine.tede@clydeco.us*
3  CLYDE & CO US LLP
   101 Second Street, 24th Floor
4  San Francisco, California 94105
   Telephone: (415) 365-9800
5  Facsimile:  (415) 365-9801

6  Attorneys for Plaintiff
   PANAMAX INTERNATIONAL SHIPPING
7  COMPANY, LTD.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  PANAMAX INTERNATIONAL SHIPPING COMPANY, LTD., | Case No. 16-6815 |
| 12 | [PROPOSED] *EX PARTE* ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO FED. R. CIV. P. 4 AND RULE B OF THE SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS |
| 13              Plaintiff, | |
| 14       v. | |
| 15  PETROLEA OIL CORPORATION, | |
| 16              Defendant. | [F.R.C.P. SUPPLEMENTAL ADMIRALTY RULE B] |
| 17 | |

18

19      An application having been made by counsel for the Plaintiff for an Order Appointing a

20  Special Process Server pursuant to Rule 4(c) and Supplemental Rule B(1)(d)(ii) of the Federal

21  Rules of Civil Procedure,

22      **NOW**, on reviewing the affidavit of Conte C. Cicala, sworn to on November 28, 2016, and

23  it appearing that such appointment will result in substantial economies in time and expense, it is

24  hereby

25      **ORDERED** that Conte C. Cicala, Jeanine S. Tede, and/or any other partners, associates, or

26  agents of Plaintiff's counsel, Clyde & Co US LLP, who are at least 18 years of age and not a party

27  to this action be and are hereby appointed, in addition to the United States Marshal, to serve the

28  Process of Maritime Attachment and Garnishment, as well as any Supplemental Process, and the

1  Verified Complaint, together with any interrogatories, upon the garnishees identified in the
2  garnishment order issued by the Court and such additional garnishees as so permitted therein.
3
4       IT IS SO ORDERED.
5
6  Dated:  November 29, 2016.                    _____
7                                                United States District Court Judge

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

2333926                                                                              Case No. 16-6815
[PROPOSED] EX PARTE ORDER APPOINTING SPECIAL PROCESS SERVER