Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PANAMAX INTERNATIONAL SHIPPING COMPANY, LTD.,

Plaintiff(s),

v.

PETROLEA OIL CORPORATION

Defendant(s).

Case No: 16-cv-06815

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Lars Altman, an active member in good standing of the bar of U.S. District Court Southern District of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Petrolea Oil Corporation in the above-entitled action. My local co-counsel in this case is Jonathan N. King, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: Moore & Company, P.A. 255 Aragon Avenue, 3rd Floor Coral Gables, FL 33134 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: Newmeyer & Dillion, LLP 1333 N. California Blvd, Suite 600 Walnut Creek, CA 94596 |
|---|---|
| MY TELEPHONE # OF RECORD: (786) 221-0600 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (925) 988-3200 |
| MY EMAIL ADDRESS OF RECORD: laltman@moore-and-co.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: jonathan.king@ndlf.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 118552.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/20/17

Lars Altman
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Lars Altman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 20, 2017.

UNITED STATES DISTRICT/MAGISTRATE JUDGE